In the Matter of the Application and Petition of GENERAL REINSURANCE CORPORATION, Petitioner, for a Certiorari Order against GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Respondent.— Motion to amend order *nunc pro tunc* by striking out " and that the matter be remitted for further action by respondent not inconsistent with the opinion of the court which has been rendered in this case " granted, and order amended accordingly, with ten dollars costs to the respondent. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See 243 App. Div. 153; *post*, p. 870.]

In the Matter of CARL L. McMAHON for Reinstatement as an Attorney and Counselor at Law.— Carl L. McMahon is reinstated as an attorney and counselor at law. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; McNamee, J., dissents on the ground that the order of suspension required the character committee to report that the conduct of the applicant was good during the period of suspenion. That they have not done.

In the Matter of the Application of WILLIAM F. BRODHEAD, Petitioner, for a Certiorari Order against JAMES BYRNE and Others, Constituting the Board of Regents of the University of the State of New York, Defendants.— Motion for stay denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

RAYMOND COWER and Others, Respondents, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, and EDWARD V. McGOVERN CORPORATION and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal from order of this court, entered November 19, 1934, upon which judgment was entered in Otsego county clerk's office December 27, 1934, is denied upon the ground that the motion is not made in time. (Civ. Prac. Act, § 589, subd. 1; *Kessler* v. *Fligel*, 265 N. Y. 289). Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

MARY C. O'BRIEN, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of EDWARD R. CASSIDY, an Interested Person, to Open, Set Aside and Revoke the Decree of Probate of the Last Will and Testament of JOHN CLINTON CASSIDY, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FRANK DeGREGORIO and Another, Appellants, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

WILLIAM F. PUTNAM, Respondent, v. SYRACUSE NEWSPAPERS, INC., Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.